ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANDREW STOLPER (Cal. Bar No. 205462)
Assistant United States Attorney
     Ronald Reagan United States Courthouse
     411 West Fourth Street
     Santa Ana, California  92701
     Telephone:  (714) 338-3536
     Facsimile:  (714) 338-3708
     E-mail:     Andrew.Stolper@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. SA CR 10-32-AG |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S POSITION RE: SENTENCING |
| v. | ) | |
| MARCOS VICENTE BUSTOS RAMOS, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files its sentencing position relating to defendant Marcos Vincente Bustos Ramos.

    The government's position regarding sentencing is based upon the attached memorandum of points and authorities, the files and records in this case, the Presentence Report, and any other evidence or argument that the court may wish to consider at the time of sentencing.

Dated:   February 27, 2012          Respectfully submitted,

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney


                                        /s/
                                    ANDREW STOLPER
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    United States of America

**MEMORANDUM OF POINTS AND AUTHORITIES**

The parties have entered into a binding plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C).  Pursuant to the plea agreement, defendant Marcos Vincente Bustos Ramos ("defendant"), pled guilty to a single-count information charging a violation of 8 U.S.C. §§ 1326(a) and (b)(2), illegal reentry by an alien following deportation.

At his change of plea hearing, defendant admitted that he was previously deported from the United States and that he thereafter knowingly and voluntarily reentered and remained in the United States without lawful permission.  At least one of defendant's deportations occurred subsequent to defendant's conviction for a sex offense, a crime of violence.

The United States Probation Office prepared a Presentence Report and calculated a criminal history category of V.  The government has no objections to the USPO's criminal history calculation.

Pursuant to the terms of the binding plea agreement filed in this case, the parties have stipulated to a total offense level of 17 based on the following calculation: a base offense level of 8 pursuant to U.S.S.G. § 2L1.2(a), plus a 16-level increase because defendant was deported after being convicted of a crime of violence, minus 3 levels for acceptance of responsibility under U.S.S.G. § 3E1.1, and minus 4 levels for early disposition under U.S.S.G. § 5K3.1.  The parties have agreed that an appropriate sentence for defendant is one including a sentence of

imprisonment at the low end of the range determined by this total offense level and defendant's criminal history category without any departure based on inadequacy of criminal history under U.S.S.G. § 4A1.3.  The parties have further agreed not to seek, argue, or suggest that any other specific offense characteristics, adjustments, departures, or variances in sentence pursuant to the Sentencing Guidelines and/or the factors set forth in 18 U.S.C. § 3553(a) be imposed.

   Based on a Criminal History Category of V and an offense level of 17, the advisory guidelines range is 46-57 months.  Per the plea agreement, the government recommends defendant be sentenced to 46-months.