SEAN K. KENNEDY (145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
LEON L. PETERSON (156146)
Deputy Federal Public Defender
(E-mail: Leon_Peterson@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520

Attorneys for Defendant
MARCOS VICENTE BUSTOS-RAMOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCOS VICENTE BUSTOS-RAMOS,<br>Defendant. | NO. SA CR 10-32-AG<br><br>LETTERS FOR SENTENCING<br><br>Hearing Date: March 5, 2012<br>Hearing Time: 3:30 p.m. |

Defendant Marcos Vicente Bustos-Ramos, by and through his attorney of record, Deputy Federal Public Defender Leon L. Peterson, hereby files letters for the Court's consideration at sentencing.

Dated: March 5, 2012

SEAN K. KENNEDY
Federal Public Defender

By *Leon L. Peterson*
LEON L. PETERSON
Deputy Federal Public Defender

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Orange County, California; that my business address is the Federal Public Defender's Office, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of a document entitled

**Letters for Sentencing**

On March 5, 2012 following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

Gregory Vidana
United States Probation
411 W. 4th Street, Suite 4170
Santa Ana, California 92701

This proof of service is executed at Santa Ana, California, on March 5, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Maurine Von Winckelmann*

Maurine Von Winckelmann